UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-CV-0576-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 15, 2010 |
| | ) | |
| MICHAEL R. BOOHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant Michael R. Booher filed an unopposed motion to amend the discovery plan and scheduling order for fifty-five days[1] (#46). The plaintiff filed a statement of non-opposition and requested that the court decide the motion on an expedited basis (#47). This is the second request by the parties for an extension of the discovery period. Defendant's motion to amend the discovery plan and scheduling order (#46) is **GRANTED** as follows:

Discovery shall be completed no later than **Monday, January 4, 2011**;
Dispositive motions shall be filed no later than **Thursday, February 4, 2011**
The joint pretrial order shall be filed no later than **Friday, March 5, 2011**, or 30 days after the decision of any pending dispositive motions.

There shall be no further extensions of discovery.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
        Deputy Clerk

---

[1] Defendant requested fifty-five days or until January 4, 2010. Therefore, the court assumes defendant is requesting fifty-five days from the date of the motion rather the current discovery deadline of November 26, 2010.