IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>  Plaintiff,<br><br>  v.<br><br>**MICHAEL R. BOOHER**, *individually and d/b/a Hillcrest Enterprises*, **WASHOE COUNTY, NEVADA**, **JARED THORWALDSON**, **NEVADA DEPARTMENT OF INDUSTRIAL RELATIONS**, **STAR INSURANCE COMPANY**, and **NEVADA DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION**,<br><br>  Defendants. | Civil No. 3:09-cv-0576-LRH-VPC<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST JARED THORWALDSON** |

Before the Court is the United States' Motion For Default Judgment Against Jared Thorwaldson. Based on the motion, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that the United States' Motion for Default Judgment Against Jared Thorwaldson is granted and that judgment is entered in favor of the United States and against Jared Thorwaldson;

IT IS FURTHER ORDERED that defendant Jared Thorwaldson has no interest in the real property located at located at 1964 Frazer Avenue, Sparks, Nevada 89431, and legally described as follows:

- 2 -

Lots 28 and 29, in Block 17, of the Town of Sparks, as shown on the official map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada.

IT IS SO ORDERED

DATED: June 9, 2011

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE