AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER: **3:09-cv-0576-LRH-VPC**

MICHAEL BOOHER, et al.,

      Defendants.

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment [55] is GRANTED. Judgment is entered in favor of the United States and against defendant Michael Booher in the amount of $167,705.90, plus accruing interest pursuant to 26 U.S.C. §§ 6601, 6621-22 and 28 U.S.C. § 1961(c).

 July 25, 2011                                            **LANCE S. WILSON**
     Date                                                              Clerk

                                                                         /s/   M. Campbell
                                                                               Deputy Clerk